IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN ERIC HESTER, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | No. 4:15-cv-03346 |
| v. | § § | |
| BURROW GLOBAL SERVICES, LLC and BURROW GLOBAL, LLC | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brian Eric Hester, individually, and on behalf of all other individuals in this collective action[1] ("Plaintiff") and Defendants, Burrow Global Services, LLC ("BGS") and Burrow Global, LLC ("BG") filed an Agreed Stipulation of Dismissal with Prejudice indicating the parties' have resolved all of Plaintiff's claims against Defendants in the above action. Accordingly, it is hereby ORDERED that this lawsuit is DISMISSED with prejudice.

It is so ORDERED.

SIGNED on this 16 day of February, 2017.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] This includes Andrea Patai, Forrest Anderson, Gary Rodriques, and Roberto Castillo.

APPROVED AS TO CONTENT AND FORM:

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| MOORE & ASSOCIATES | MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P. |
| By: *[signature: Melissa Moore]*<br>Melissa Moore<br>State Bar No. 24013189<br>Federal Id. No. 25122<br>Curt Hesse<br>State Bar No. 24065414<br>Federal Id. No. 968465<br>Lyric Center<br>440 Louisiana Street, Suite 675<br>Houston, Texas 77002<br>Telephone: (713) 222-6775<br>Facsimile: (713) 222-6739<br>melissa@mooreandassociates.net<br>curt@mooreandassociates.net<br><br>Michael D. West<br>State Bar No. 00785220<br>Federal Id. No. 15423<br>michaelwest@westandwest.com<br>WEST & WEST, LLP<br>3818 Fox Meadow<br>Pasadena, TX 77504<br>Telephone: (713) 222-9378<br>Fax: (713) 222-9397 | By: /s/ W. Jack Wisdom *with permission MAM<br>W. Jack Wisdom<br>State Bar No. 21804025<br>Federal Id. No. 13756<br>808 Travis, 20th Floor<br>Houston, Texas 77002<br>Telephone: (713) 632-1700<br>Facsimile: (713) 222-0101<br>wisdom@mdjlaw.com |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEY-IN-CHARGE FOR DEFENDANTS BURROW GLOBAL SERVICES, LLC AND BURROW GLOBAL, INC.** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of February in the year 2018, I filed this motion with the Court's CM/ECF system which will send notification of such filing to the following counsel of record:

Michael West
WEST & WEST, LLP
3818 Fox Meadow
Pasadena, TX 77504

W. Jack Wisdom
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.C.
808 Travis, 20th Floor
Houston, Texas 77002

                                                  _/s/ Melissa Moore_
                                                  Melissa Moore